■ EDWIN FARMER et al., Appellants, v DENNIS DAVIDSON et al., Respondents. [612 NYS2d 953] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Gowan, J.), entered April 7, 1992, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

We agree with the determination of the Supreme Court that the defendants did not direct or control the manner in which the injured plaintiff worked on their one-family home. Therefore, they are exempt from liability pursuant to Labor Law §§ 240 and 241 *(see, Duda v Rouse Constr. Corp.,* 32 NY2d 405; *Schwartz v Foley,* 142 AD2d 635; *see also, Danish v Kennedy,* 168 AD2d 768; *Reyes v Silfies,* 168 AD2d 979). Miller, J. P., Lawrence, Altman and Krausman, JJ., concur.

■ JOHN FLORIO et al., Respondents, v PARR DEVELOPMENT CORPORATION et al., Defendants and Third-Party Plaintiffs, and MODULAR DEVICES, INC., Appellant. V.L.S. MASON CONTRACTORS, Third-Party Defendant-Respondent. [612 NYS2d 953] — In an action to recover damages for personal injuries, etc., the defendant Modular Devices, Inc., appeals, as limited by its brief, from so much of an order of the Supreme Court, Suffolk County (Cohalan, J.), dated May 4, 1992, as (1) denied its motion for summary judgment dismissing the cross-claims asserted against it by the third-party defendant V.L.S. Mason Contractors, (2) granted the plaintiffs' cross motion for relief from their stipulation of discontinuance of the action as against it, and (3) restored all parties to their original positions prior to the execution of stipulations of discontinuance.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Cohalan at the Supreme Court. Sullivan, J. P., Miller, Joy and Friedmann, JJ., concur.